UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PENNY MATHEWS, | ) |
| Plaintiff, | ) |
| vs. | ) 1:09-cv-478-SEB-DML |
| BRONGER MASONRY, INC., | ) |
| Defendant. | ) |

**ORDER DENYING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER ON MOTION TO AMEND**

The Court has considered Plaintiff's Objection to the September 21, 2010 Order Denying Plaintiff's Motion for Leave to Amend, filed at Docket No. 83, and being duly advised in the premises, now <u>OVERRULES</u> that objection.

In accordance with 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Court reviews the Magistrate Judge's ruling to determine whether it was clearly erroneous or contrary to law. In the situation at bar, the Magistrate Judge's decision is well considered, analyzes and applies the relevant case law, and clearly sets forth the reasons for her ruling. Upon review, we find that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law. Accordingly, the Magistrate Judge's September 21, 2010 Order is affirmed, and Plaintiff's objection to it is overruled.

IT IS SO ORDERED.

Date: 10/25/2010



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Michael L. Einterz Jr.
EINTERZ & EINTERZ
michael@einterzlaw.com

Michael L. Einterz Sr.
EINTERZ & EINTERZ
einterzfirm@aol.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com