UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Penny Mathews,          )
    Plaintiff,      )
                        )
vs.                     )     1:09-cv-478-SEB-DML
                        )
Bronger Masonry, Inc.,  )
    Defendant.     )

## JUDGMENT

The Court, having previously granted summary judgment in favor of Defendant and against Plaintiff on Plaintiff's claim under the Indiana Wage Claims Statute, Ind. Code § 22-2-9-2, [Docket No. 95] and having issued its Findings of Fact and Conclusions of Law Following Bench trial addressing all of the remaining issues in this cause, now enters final judgment as follows:

1. Final judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claim for unpaid salary under Ind. Code § 22-2-5-2 in the amount of $676.92 plus reasonable attorneys' fees related to that claim; and

2. Final judgment is entered in favor of Defendant and against Plaintiff on all of the other claims asserted by Plaintiff in this action.

IT IS SO ORDERED.

Date: 02/18/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Zachary Judson Eichel
EINTERZ & EINTERZ
zach@einterzlaw.com

Michael L. Einterz Jr.
EINTERZ & EINTERZ
michael@einterzlaw.com

Michael L. Einterz Sr.
EINTERZ & EINTERZ
einterzfirm@aol.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com